IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                    Plaintiff,                    ORDER

v.

                                                  03-cr-178-bbc

MELVIN D. CARLTON,

                    Defendant.
_____

       On March 19, 2008, this court held an initial appearance on the government's petition to revoke supervised release. Defendant Melvin D. Carlton was present with his attorney Kelly Welsh. The government was represented by Assistant United States Attorney Bob Anderson and United States Probation Officer Juan Morales. Carlton, by counsel, acknowledged receipt of the revocation petition, waived his right to a probable cause determination stipulating to the violations with exceptions noted on the record, and waived his right to a detention hearing. The court noted a detention hearing was held in Minnesota. In consultation with both sides, I set the hearing before Judge Crabb for April 10, 2008, at 1:20 p.m. Carlton shall remain detained in federal custody pending that hearing. The parties had no other matters to bring to the court's attention.

       Entered this 19th day of March, 2008.

                                      BY THE COURT:

                                      /s/_____
                                      THERESA M. OWENS
                                      Magistrate Judge